1   BENJAMIN B. WAGNER
    United States Attorney
2   JARED C. DOLAN
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

**SEALED**

**FILED**

DEC 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE SEARCH OF      CASE NO.  2:14-SW-0709  **AC**
11  2004 Gray Cadillac Deville DTS
    California license plate #7HAU863, VIN
12  #1G6KF57934U162926                  [PROPOSED] ORDER RE: REQUEST TO SEAL
                                        DOCUMENTS
13
                                        **UNDER SEAL**
14

15                      **SEALING ORDER**
16
        Upon application of the United States of America and good cause having been shown,
17
        IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the
18
    search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to
19
    any person, unless otherwise ordered by this Court.
20

21
    Dated: _____12/19/14_____          _____
22                                      Hon. Allison Claire
23                                      U.S. MAGISTRATE JUDGE

24

25

26

27

28