| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BENJAMIN B. WAGNER<br>United States Attorney<br>JARED C. DOLAN<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |



**FILED**

APR 2 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrants | CASE NOS. 2:14-SW-705 AC; 2:14-SW-706 AC; 2:14-SW-707 AC; 2:14-SW-708 AC; 2:14-SW-709 AC<br><br>[~~PROPOSED~~] ORDER<br><br>**UNDER SEAL** |

  The United States has requested additional time to complete the review of digital devices seized pursuant to the above captioned warrants. For the reasons stated in the government's motion, the Court GRANTS the government's motion and ORDERS that the time for the required review be extended until June 23, 2015.

  Should the United States seek further extension of the time within which it must complete the required review, it shall make further application to this Court.

  The motion of the United States and this Order shall remain under seal pending further Order of the Court

  IT IS SO ORDERED.

Dated: April 23, 2015

_____
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

1