1 | BENJAMIN B. WAGNER
United States Attorney
2 | JARED C. DOLAN
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
JAN 11 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>3131 SANKEY ROAD #24<br>SACRAMENTO, CA et al. | 2:14-sw-706 AC<br>2:14-sw-707 AC<br>2:14-sw-708 AC<br>2:14-sw-709 AC<br>2:14-sw-710 AC<br>2:14-sw-711 AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 1-11-2016

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE